# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| GUSTAVO BURMUDEZ, individually and on behalf of all similarly situated employees,<br><br>    Plaintiff(s),<br><br>    v.<br><br>DRAGADOS USA, INC., a Delaware Corporation doing business in California; FLATIRON WEST, INC., a Delaware Corporation doing business in California; DRAGADOS/FLATIRON JV, a joint venture doing business in California; and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No.: 1:21-cv-00853-AWI-BAM<br><br>**ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br>Date: November 22, 2021<br>Time: 9:00 a.m.<br>Courtroom: 8 (BAM)<br><br><u>Remote Appearance via Zoom</u><br><br>Action Filed: January 7, 2021<br>FAC Filed: April 26, 2021 |

**ORDER**

Pursuant to the parties' Stipulation, IT IS ORDERED:

1. The Mandatory Scheduling Conference currently scheduled for November 22, 2021 at 9:00 a.m. in Courtroom 8 is continued to **January 25, 2022, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall file a Joint Scheduling Report one week prior to the conference. The parties shall appear at the conference with each party connecting <u>remotely</u> either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **October 26, 2021**          /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE

**ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE**